KARIN I. IMMERGUT, OSB #96314
United States Attorney
District of Oregon
KIRK A. ENGDALL, OSB #81215
Assistant United States Attorney
701 High Street
Eugene, OR 97401
(541) 465-6771
kirk.engdall@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>JACOB JEREMIAH FERGUSON, )<br><br>Defendant. ) | Case No. CR 04- 60087-AA<br><br>**INFORMATION**<br><br>[18 U.S.C. §§ 2, 844(f)(1)] |

**COUNT 1**

**Attempted Arson**

On or about the 28th day of October, 1996, in the District of Oregon, Defendant JACOB JEREMIAH FERGUSON knowingly and maliciously attempted to damage, by means of fire or an explosive, a building which was part of the Detroit Ranger Station located at 610 North Santiam Highway, Detroit, Oregon, and which was owned by the United States Forest Service, an agency of the United States;

In violation of Title 18, United Sates Code, Sections 2 and 844(f)(1).

**COUNT 2**

Page 1 - INFORMATION

**Arson**

On or about the 28th day of October, 1996, in the District of Oregon, Defendant

JACOB JEREMIAH FERGUSON knowingly and maliciously damaged and destroyed, by

means of fire or an explosive, a 1992 Ford pick-up, Licence No. A259676, a vehicle owned

by the United States Forest Service, 610 North Santiam Highway, Detroit, Oregon;

In violation of Title 18, United States Code, Sections 2 and 844(f)(1).

DATED this _17th_ day of September, 2004.

Respectfully submitted,

KARIN J. IMMERGUT
United States Attorney
for the District of Oregon

KIRK A. ENGDALL
Assistant United States Attorney

Page 2 - INFORMATION