KARIN J. IMMERGUT, OSB #96314
United States Attorney
District of Oregon
KIRK A. ENGDALL, OSB #81215
Assistant United States Attorney
701 High Street
Eugene, Oregon 97401
(541) 465-6771 (voice)
(541) 465-6840 (fax)
kirk.engdall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 04-60087-AA |
| v. | GOVERNMENT'S MOTION TO UNSEAL INFORMATION, AND ORDER |
| JACOB JEREMIAH FERGUSON, | |

The United States of America, by Karin J. Immergut, United States Attorney for the District of Oregon, and Kirk A. Engdall, Assistant United States Attorney, moves the Court for an order unsealing the Information in this case, for the purpose of entry of plea, and the need for secrecy no longer exists.

Respectfully submitted this 11 day of September, 2007.

KARIN J. IMMERGUT
United States Attorney

*/s/ Kirk C. Engdall*
KIRK A. ENGDALL
Assistant United States Attorney

1 - GOVERNMENT'S MOTION TO UNSEAL INFORMATION, and ORDER

IT IS SO ORDERED this 11th day of September, 2007.

_____
ANN AIKEN
United States Judge

2 -   GOVERNMENT'S MOTION TO UNSEAL INFORMATION, and ORDER