IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No. 04-60087-AA |
| v. | ) | WAIVER OF INDICTMENT |
| JACOB JEREMIAH FERGUSON, | ) | |
| Defendant. | ) | |

I, JACOB JEREMIAH FERGUSON, the above named Defendant, who is accused of knowingly and maliciously attempting to damage, by means of a fire or an explosive, a building which was part of the Detroit Ranger Station, and maliciously damaging and destroying, by means of a fire or an explosive, a 1992 Ford pick-up owned by the United States Forest Service, in violation of Title 18, United States Code, Sections 2 and 844(f)(1), being advised of the nature of the charge, the proposed Information, and of my rights, hereby waive in open court on the 26th day of October, 2007, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

Oct. 26th, 2007
Date

JACOB JEREMIAH FERGUSON
Defendant

10/26/07
Date

EDMUND J. SPINNEY
Attorney for Defendant

Page 1 - **WAIVER OF INDICTMENT**

Dated this 26 day of October, 2007.

Before: /s/ Ann Aiken
Ann Aiken, U.S. District Judge